| | |
|---|---|
| LAW OFFICE OF KEN SCHNEIDER, PS<br>2015 33rd Street<br>Everett, WA 98201<br>(425) 258-2704 | The Honorable Marc Barreca<br>United States Bankruptcy Judge |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re ROBERT A. WHIPPLE and<br>PATRICIA L. WHIPPLE<br><br><br><br><br>Debtor(s). | IN PROCEEDINGS UNDER CH. 13<br><br>NO. 18-10618 (lead case)<br>NO. 18-11477<br><br>REPLY TO RESPONSE TO<br>OBJECTION TO CLAIM |

Although the claim in Patricia Whipple's bankruptcy may have been timely filed, it was withdrawn on June 12, 2018 (See, Docket item 28).

Robert Whipple filed bankruptcy on February 15, 2018. The Superior Court judgment signed on February 28, 2018 was entered in violation of the automatic stay and is void. The claim filed on August 20, 2018 is not an "amended claim" as Coleman had withdrawn his claim. It is instead a late filed claim. Mr. Coleman could have filed a claim with an estimated amount or an unknown amount, instead he elected to withdraw his claim.

Not only is Coleman now arguing that his claim should be allowed. He is arguing that it is secured. Mr. Coleman states "This court cannot relive her, and the marital community, of the secured debt incurred prior to her bankruptcy.". Response to Objection to Coleman Claim page 2. He also argues "as we have argued previously, it should be a secured claim". Response to Objection to Coleman Claim page 3.

To allow Coleman's claim to be paid pro rata with other timely filed claims would be

REPLY TO RESPONSE TO
OBJECTION TO CLAIM - 1

LAW OFFICE OF KEN SCHNEIDER, PS
2015 33RD STREET
EVERETT, WA 98201  (425) 258-2704

inequitable to those creditors who timely filed their claims.

DATED: 12-7-18     /s/ Ken Schneider
Ken Schneider, WSBA #22410
Attorney for Debtor(s)

REPLY TO RESPONSE TO
OBJECTION TO CLAIM - 2

LAW OFFICE OF KEN SCHNEIDER, PS
2015 33RD STREET
EVERETT, WA 98201 (425) 258-2704